ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
8965 S Eastern Ave, Suite 260
Las Vegas, NV 89123
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*Attorney for Appellee Brian D. Shapiro, Trustee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | Case 2:17-cv-02522-JAD |
| MSAA HOLDINGS, LLC | *Appeal from the Bankruptcy Court* |
| Debtor | Nevada Bankruptcy Case No. 15-14600-abl |
| | Chapter 7 |
| ROBERT J. RUGGIERI, Certified Public Accountant; | |
| Appellant | |
| v. | **STIPULATION AND ORDER TO DISMISS APPEAL WITH PREJUDICE** |
| BRIAN D. SHAPIRO, Chapter 7 Trustee; | ECF No. 7 |
| Appellee | |

Appellant ROBERT J. RUGGIERI, CPA and appellee BRIAN D. SHAPIRO,

Chapter 7 Trustee, by and through counsel, hereby stipulate as follows:

WHEREAS, the parties entered into a settlement that was approved by the

Bankruptcy Court, District of Nevada. An order approving that settlement was entered in

Nevada bankruptcy case no. 15-14600-abl as DE #457. In accordance with the terms of that

settlement, the parties have agreed to a dismissal of this appeal with prejudice.

///

THEREFORE, the parties agree as follows:

1. That this appeal be dismissed, with prejudice.

IT IS SO STIPULATED.

# # # # # #

DATED: December 12, 2017                    DATED: December 15, 2017

**ATKINSON LAW ASSOCIATES LTD.**          **KOLESAR & LEATHAM**

_____/s/ Robert Atkinson_____          _____/s/ Bart K. Larsen_____
ROBERT ATKINSON, Esq.                       BART K. LARSEN, ESQ.
Nevada Bar no. 9958                         Nevada Bar No. 8538
*Attorney for Appellee Brian D. Shapiro,*   SCOTT D. FLEMING, ESQ.
*Chapter 7 Trustee*                         Nevada Bar No. 5638
                                            *Attorneys for Appellant Robert J. Ruggieri,*
                                            *CPA*

## ORDER

Based on the parties' stipulation [ECF No. 7] and good cause appearing, IT IS HEREBY
ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees
and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
December 15, 2017